1  Randall R. Lee (SBN: 152672)
   randall.lee@wilmerhale.com
2  P. Patty Li (SBN: 266937)
   patty.li@wilmerhale.com
3  Emily S. Churg (SBN 261334)
   emily.churg@wilmerhale.com
4  WILMER CUTLER PICKERING
       HALE AND DORR LLP
5  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
6  Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
7
   Peter J. Macdonald (admitted *pro hac vice*)
8  peter.macdonald@wilmerhale.com
   David Olsky (admitted *pro hac vice*)
9  david.olsky@wilmerhale.com
   WILMER CUTLER PICKERING
10      HALE AND DORR LLP
   399 Park Avenue
11 New York, NY 10022
   Telephone: (212) 230-8800
12 Facsimile: (212) 230-8888
13 Attorneys for Defendant HSBC BANK USA, N.A.

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

17 HUA NAN COMMERCIAL BANK, a      )  Case No. CV-10-8773-PSG (Ex)
   foreign corporation; HUA NAN    )
18 INVESTMENT TRUST                 )
   CORPORATION, a foreign corporation; )
19 COSMOS BANK, a foreign corporation; )  **DECLARATION OF RANDALL R.**
   ENTIE COMMERCIAL BANK, a        )  **LEE IN SUPPORT OF DEFENDANT**
   foreign corporation; BANK SINOPAC, a )  **HSBC'S MOTION TO DISMISS THE**
20 foreign corporation; TAICHUNG    )  **COMPLAINT AND/OR STAY THE**
   COMMERCIAL BANK, a foreign       )  **PROCEEDINGS; EXHIBITS**
21 corporation,                     )
                                    )
22           Plaintiffs,            )  Hearing Date: February 14, 2011
                                    )
23      vs.                         )  The Hon. Philip S. Gutierrez
                                    )
24 HSBC BANK USA, N.A., a national  )
   bank association; DAILY & KNUDSON )
25 LAW GROUP, LLP, a Nevada limited )
   liability partnership; JAMES DAILY, an )
26 individual; WILLIAM H. KNUDSON,  )
   an individual; ANTHONY BUFINSKY, )
27 an individual; and DOES 1-10,    )
                                    )
28           Defendants.            )
                                    )

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

1    I, Randall R. Lee, hereby declare as follows:

2    1.    I am an attorney at the law firm of Wilmer Cutler Pickering Hale and

3    Dorr LLP, counsel for Defendant HSBC Bank USA, N.A. ("HSBC") in the above-

4    captioned action.  I represent HSBC in this action before the Court.  I submit this

5    declaration in support of HSBC's Motion to Dismiss the Complaint And/Or Stay the

6    Proceedings, filed on December 17, 2010.  I have personal knowledge of the facts set

7    forth herein, unless otherwise stated, and, if called upon to testify as a witness, I could

8    and would competently testify thereto under oath.

9    2.    Attached hereto as **Exhibit A** is a true and correct copy of Bank

10   Sinopac's executed subscription agreement for the Genesis Voyager Equity

11   Corporation ("GVEC") offering of Preferred Shares D1.  This document was filed as

12   Exhibit 3 to the Declaration of Huei-Wen Kao, Vice President of Bank Sinopac ("Kao

13   Declaration"), *SEC v. Private Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG,

14   Docket No. 42-4 (C.D. Cal. May 7, 2009).

15   3.    Attached hereto as **Exhibit B** is a true and correct copy of Bank

16   Sinopac's executed subscription agreement for the Genesis Voyager Equity II

17   Corporation ("GVEC II") offering of Collateralized Debt Obligation ("CDO") Series

18   2006.  This document was filed as Exhibit 7 to the Kao Declaration, *SEC v. Private*

19   *Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 42-8 (C.D. Cal.

20   May 7, 2009).

21   4.    Attached hereto as **Exhibit C** is a true and correct copy of excerpts from

22   Hua Nan Commercial Bank's publicly-available English-language 2009 Annual

23   Report.  The entire report is available at: http://www.hncb.com.tw/eng/eyear2009.pdf

24   (last visited Dec. 17, 2010).

25   5.    Attached hereto as **Exhibit D** is a true and correct copy of excerpts from

26   Hua Nan Holding Company's publicly-available Chinese-language 2009 Annual

27   Report, as well as certified English-language translations of those excerpts.  The entire

28

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

1   Chinese-language report is available at: http://www.corpasia.net/taiwan/2880/annual/

2   2009/CH/2880_2009_ANNUAL_REPORT.pdf (last visited Dec. 17, 2010).

3         6.    Attached hereto as **Exhibit E** is a true and correct copy of excerpts from

4   Cosmos Bank's publicly-available English-language 2008 Annual Report, as well as

5   excerpts from its publicly-available Financial Statements, June 30, 2009 and 2008.

6   The entire Annual Report is available at: http://www.cosmosbank.com.tw/

7   information/report-97-en.pdf (last visited Dec. 16, 2010); the full Financial Statements

8   are available at: http://www.cosmosbank.com.tw/English/Financial_Statements_2009

9   .pdf (last visited Dec. 17, 2010).

10         7.    Attached hereto as **Exhibit F** is a true and correct copy of excerpts from

11   EnTie Commercial Bank's publicly-available Chinese-language and English-language

12   2009 Annual Report.  The entire Annual Report is available at: http://www.

13   entiebank.com.tw/ENGLISH/images/annual_2009.pdf (last visited Dec. 17, 2010).

14         8.    Attached hereto as **Exhibit G** is a true and correct copy of excerpts from

15   Bank SinoPac's publicly-available English-language 2009 Annual Report, as well as

16   its Financial Statements for the Six Months Ended June 30, 2010 and 2009.  The

17   entire Annual Report is available at: http://www.banksinopac.com.tw/bsp/eng/

18   investor/ar_pdf/e09_annual.pdf (last visited Dec. 17, 2010); the full Financial

19   Statements are available at:  http://www.banksinopac.com.tw/bsp/eng/

20   investor/qr_pdf/e-10q2.pdf (last visited Dec. 17, 2010).

21         9.    Attached hereto as **Exhibit H** is a true and correct copy of excerpts from

22   Taichung Bank's publicly-available English-language 2009 Annual Report.  The

23   entire Annual Report is available at: http://www.tcbbank.com.tw/intro/

24   AnnualReport2009en.pdf (last visited Dec. 17, 2010).

25         10.    Attached hereto as **Exhibit I** is a true and correct copy of the

26   Confidential Private Offering Memorandum for the GVEC offering of Preferred

27   Shares A, dated February 6, 2004.  This document was filed as Exhibit 1 to the Kao

28

---

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

1   Declaration, *SEC v. Private Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG,

2   Docket No. 42-2 (C.D. Cal. May 7, 2009).

3         11.    Attached hereto as **Exhibit J** is a true and correct copy of the

4   Confidential Private Offering Memorandum for the GVEC offering of Preferred

5   Shares D1, dated June 15, 2005.  This document was filed as Exhibit 2 to the Kao

6   Declaration, *SEC v. Private Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG,

7   Docket No. 42-3 (C.D. Cal. May 7, 2009).

8         12.    Attached hereto as **Exhibit K** is a true and correct copy of the

9   Confidential Preliminary Private Offering Memorandum for the GVEC II offering of

10  CDO Series 2006, dated August 1, 2006.  This document was filed as Exhibit 38 to

11  the Declaration of Wilbur B. Quon, former CFO of PEMGroup ("Quon Declaration"),

12  *SEC v. Private Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No.

13  43-39 (C.D. Cal. May 7, 2009).

14        13.    Attached hereto as **Exhibit L** is a true and correct copy of the

15  Confidential Preliminary Private Offering Memorandum for the GVEC II offering of

16  6.5%, 36-Month Debentures, Series 2006-A, dated October 10, 2006.  This document

17  was filed as Exhibit 10 to the Kao Declaration, *SEC v. Private Equity Mgmt. Group,*

18  *LLC et al.*, No. 09-cv-02901-PSG, Docket No. 42-11 (C.D. Cal. May 7, 2009).

19        14.    Attached hereto as **Exhibit M** is a true and correct copy of the

20  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

21  Inc. offering of 6.4%, 30-Month Debentures, Series 2006 A1, dated December 1,

22  2006.  This document was filed as Exhibit 33 to the Quon Declaration, *SEC v. Private*

23  *Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-34 (C.D. Cal.

24  May 7, 2009).

25        15.    Attached hereto as **Exhibit N** is a true and correct copy of the

26  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

27  Inc. offering of 6.4%, 30-Month Debentures, Series 2006 A2, dated December 1,

28  2006.  This document was filed as Exhibit 34 to the Quon Declaration, *SEC v. Private*

1   *Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-35 (C.D. Cal.
2   May 7, 2009).

3       16.     Attached hereto as **Exhibit O** is a true and correct copy of the
4   Confidential Preliminary Private Offering Memorandum for the GVEC Resource II
5   Inc. offering of 6.4%, 30-Month Debentures, Series 2006 A3, dated December 1,
6   2006.  This document was filed as Exhibit 35 to the Quon Declaration, *SEC v. Private*
7   *Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-36 (C.D. Cal.
8   May 7, 2009).

9       17.     Attached hereto as **Exhibit P** is a true and correct copy of the
10  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II
11  Inc. offering of 6.4%, 30-Month Debentures, Series 2006 A4, dated December 1,
12  2006.  This document was filed as Exhibit 36 to the Quon Declaration, *SEC v. Private*
13  *Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-37 (C.D. Cal.
14  May 7, 2009).

15      18.     Attached hereto as **Exhibit Q** is a true and correct copy of the
16  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II
17  Inc. offering of 6.4%, 30-Month Debentures, Series 2006 A5, dated December 1,
18  2006.  This document was filed as Exhibit 37 to the Quon Declaration, *SEC v. Private*
19  *Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-38 (C.D. Cal.
20  May 7, 2009).

21      19.     Attached hereto as **Exhibit R** is a true and correct copy of the
22  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II
23  Inc. offering of 5.75%, 30-Month Debentures, Series 2007 A, dated April 30, 2007.
24  This document was filed as Exhibit 52 to the Quon Declaration, *SEC v. Private Equity*
25  *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-54 (C.D. Cal. May 7,
26  2009).

27      20.     Attached hereto as **Exhibit S** is a true and correct copy of the
28  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

1  Inc. offering of 5.85%, 30-Month Debentures, Series 2007 B, dated July 2, 2007.  This

2  document was filed as Exhibit 53 to the Quon Declaration, *SEC v. Private Equity*

3  *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-55 (C.D. Cal. May 7,

4  2009).

5        21.     Attached hereto as **Exhibit T** is a true and correct copy of the

6  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

7  Inc. offering of 5.85%, 30-Month Debentures, Series 2007 C, dated September 3,

8  2007.  This document was filed as Exhibit 26 to the Quon Declaration, *SEC v. Private*

9  *Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-27 (C.D. Cal.

10  May 7, 2009).

11        22.     Attached hereto as **Exhibit U** is a true and correct copy of the

12  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

13  Inc. offering of 5.7%, 30-Month Debentures, Series 2007 D, dated November 1, 2007.

14  This document was filed as Exhibit 54 to the Quon Declaration, *SEC v. Private Equity*

15  *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-56 (C.D. Cal. May 7,

16  2009).

17        23.     Attached hereto as **Exhibit V** is a true and correct copy of the

18  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

19  Inc. offering of 5.6%, 30-Month Debentures, Series 2007 E, dated November 26,

20  2007.  This document was filed as Exhibit 55 to the Quon Declaration, *SEC v. Private*

21  *Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-57 (C.D. Cal.

22  May 7, 2009).

23        24.     Attached hereto as **Exhibit W** is a true and correct copy of the

24  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

25  Inc. offering of 6.2%, 36-Month Debentures, Series 2008 A-1, dated January 2, 2008.

26  This document was filed as Exhibit 56 to the Quon Declaration, *SEC v. Private Equity*

27  *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-58 (C.D. Cal. May 7,

28  2009).

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

25.     Attached hereto as **Exhibit X** is a true and correct copy of the Confidential Preliminary Private Offering Memorandum for the GVEC Resource II Inc. offering of 6.2%, 36-Month Debentures, Series 2008 A-2, dated January 2, 2008. This document was filed as Exhibit 57 to the Quon Declaration, *SEC v. Private Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-59 (C.D. Cal. May 7, 2009).

26.     Attached hereto as **Exhibit Y** is a true and correct copy of the Confidential Preliminary Private Offering Memorandum for the GVEC Resource II Inc. offering of 6.2%, 36-Month Debentures, Series 2008 A-3, dated January 2, 2008. This document was filed as Exhibit 58 to the Quon Declaration, *SEC v. Private Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-60 (C.D. Cal. May 7, 2009).

27.     Attached hereto as **Exhibit Z** is a true and correct copy of the Confidential Preliminary Private Offering Memorandum for the GVEC Resource II Inc. offering of 6.2%, 36-Month Debentures, Series 2008 A-4, dated January 2, 2008. This document was filed as Exhibit 59 to the Quon Declaration, *SEC v. Private Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-61 (C.D. Cal. May 7, 2009).

28.     Attached hereto as **Exhibit AA** is a true and correct copy of Confidential Preliminary Private Offering Memorandum for the GVEC Resource II Inc. offering of 6.2%, 36-Month Debentures, Series 2008 A-5, dated January 2, 2008.  This document was filed as Exhibit 60 to the Quon Declaration, *SEC v. Private Equity Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-62 (C.D. Cal. May 7, 2009).

29.     Attached hereto as **Exhibit BB** is a true and correct copy of the Confidential Preliminary Private Offering Memorandum for the GVEC Resource II Inc. offering of 5.6% 36-Month Debentures, Series 2008 B, dated January 15, 2008. This document was filed as Exhibit 61 to the Quon Declaration, *SEC v. Private Equity*

1   *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-63 (C.D. Cal. May 7,

2   2009).

3        30.    Attached hereto as **Exhibit CC** is a true and correct copy of the

4   Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

5   Inc. offering of 6.6%, 48-Month Debentures, Series 2008 C, dated January 15, 2008.

6   This document was filed as Exhibit 62 to the Quon Declaration, *SEC v. Private Equity*

7   *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-64 (C.D. Cal. May 7,

8   2009).

9        31.    Attached hereto as **Exhibit DD** is a true and correct copy of the

10  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

11  Inc. offering of 5.1%, 36-Month Debentures, Series 2008 E, dated March 31, 2008.

12  This document was filed as Exhibit 63 to the Quon Declaration, *SEC v. Private Equity*

13  *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-65 (C.D. Cal. May 7,

14  2009).

15       32.    Attached hereto as **Exhibit EE** is a true and correct copy of the

16  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

17  Inc. offering of 5.1%, 36-Month Debentures, Series 2008 G, dated May 1, 2008.  This

18  document was filed as Exhibit 64 to the Quon Declaration, *SEC v. Private Equity*

19  *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-66 (C.D. Cal. May 7,

20  2009).

21       33.    Attached hereto as **Exhibit FF** is a true and correct copy of the

22  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

23  Inc. offering of 5.75%, 36-Month Debentures, Series 2008 H, dated June 21, 2008.

24  This document was filed as Exhibit 65 to the Quon Declaration, *SEC v. Private Equity*

25  *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-67 (C.D. Cal. May 7,

26  2009).

27       34.    Attached hereto as **Exhibit GG** is a true and correct copy of the

28  Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

1   Inc. offering of 5.1%, 36-Month Debentures, Series 2008 I, dated June 6, 2008.  This

2   document was filed as Exhibit 66 to the Quon Declaration, *SEC v. Private Equity*

3   *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-68 (C.D. Cal. May 7,

4   2009).

5        35.    Attached hereto as **Exhibit HH** is a true and correct copy of the

6   Confidential Preliminary Private Offering Memorandum for the GVEC Resource II

7   Inc. offering of 5.5%, 36-Month Debentures, Series 2008 J, dated August 4, 2008.

8   This document was filed as Exhibit 67 to the Quon Declaration, *SEC v. Private Equity*

9   *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-69 (C.D. Cal. May 7,

10   2009).

11        36.    Attached hereto as **Exhibit II** is a true and correct copy of the

12   Confidential Preliminary Private Offering Memorandum for the GVEC Resource III

13   Inc. offering of Senior 48-Month Notes, Series 2007 A-4, dated April 2, 2007.  This

14   document was filed as Exhibit 68 to the Quon Declaration, *SEC v. Private Equity*

15   *Mgmt. Group, LLC et al.*, No. 09-cv-02901-PSG, Docket No. 43-70 (C.D. Cal. May 7,

16   2009).

17        37.    Attached hereto as **Exhibit JJ** is a true and correct copy of the Cash

18   Custodian Agreement among GVEC, HSBC Bank USA, National Association, and

19   Erwin & Johnson LLP, effective May 31, 2005, for the GVEC Preferred Shares D1

20   offering.

21        38.    Attached hereto as **Exhibit KK** is a true and correct copy of the Cash

22   Custodian Agreement among GVEC II, HSBC Bank USA, National Association, and

23   Erwin & Johnson LLP, effective August 1, 2006, for the GVEC II CDO Series 2006

24   offering.

25        39.    Attached hereto as **Exhibit LL** is a true and correct copy of the Cash

26   Custodian Agreement among GVEC Resource II Inc., HSBC Bank USA, National

27   Association, and Daily & Knudson Law Group LLP, effective July 2, 2007, for the

28   GVEC Resource II Inc. Series 2007 B offering.

40.     Attached hereto as **Exhibit MM** is a true and correct copy of what is referred to in the complaint as a "'Net Asset Value' ('NAV') report[]" for the GVEC Resource II Inc. Series 2008 H-6 offering, dated August 31, 2008.  (Compl. ¶¶ 81, 86.)

41.     Attached hereto as **Exhibit NN** is a true and correct copy of HSBC Holdings plc's Form 6-K, filed with the U.S. Securities and Exchange Commission on February 18, 2004, documenting HSBC Holdings plc's acquisition of Bank of Bermuda Limited, as well as a February 18, 2004 public disclosure by HSBC Holdings plc documenting the same.

42.     Attached hereto as **Exhibit OO** is a true and correct copy of excerpts from Bank of Bermuda Limited's December 2, 2003 Notice to Shareholders, filed with the U.S. Securities and Exchange Commission, regarding the proposed acquisition of Bank of Bermuda Limited and its subsidiaries, including Bermuda Trust (Far East) Limited, by HSBC Holdings plc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of December, 2010 in Los Angeles, California.


                                        /s/ Randall R. Lee
                                        Randall R. Lee

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071