Randall R. Lee (SBN: 152672)
randall.lee@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Emily S. Churg (SBN: 261334)
emily.churg@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Peter J. Macdonald (admitted *pro hac vice*)
peter.macdonald@wilmerhale.com
David Olsky (admitted *pro hac vice*)
david.olsky@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUA NAN COMMERCIAL BANK et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK USA, N.A. et al.,<br><br>Defendants. | Case No. CV 10-8773 PSG (Ex)<br><br>**DEFENDANT HSBC BANK N.A.'S NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF TRACY WOODROW, ESQ.**<br><br>Magistrate Judge: Charles F. Eick<br>Hearing: June 3, 2011<br>Time: 9:30 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant HSBC Bank USA, N.A. hereby files this motion for a protective order precluding the deposition of Tracy Woodrow, Esq. The motion is based on HSBC's portions of the Joint Stipulation re Defendant HSBC Bank USA, N.A.'s Motion for a Protective Order Precluding the Deposition of Tracy Woodrow, Esq., concurrently filed herewith, any supplemental memorandum to be filed in connection with this motion, and any argument at the hearing on this motion, and the files and records of this case.

This motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on April 20, 2011.

Dated: May 13, 2011

        WILMER CUTLER PICKERING
        HALE AND DORR LLP

By: /s/ Randall R. Lee
    Randall R. Lee
    Peter J. Macdonald
    David Olsky
    P. Patty Li
    Emily Churg

*Attorneys for Defendant HSBC Bank USA, N.A.*