Jeffrey S. Davidson (SBN: 143633)
R. Alexander Pilmer (SBN: 166196)
Christopher T. Casamassima (SBN: 211280)
Sasha Danna (SBN: 244462)
Nien-Ping Wang (SBN: 261295)
Jay Bhimani (SBN: 267689)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiffs

Randall R. Lee (SBN: 152672)
randall.lee@wilmerhale.com
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Emily S. Churg (SBN 261334)
emily.churg@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Peter J. Macdonald (admitted *pro hac vice*)
peter.macdonald@wilmerhale.com
David Olsky (admitted *pro hac vice*)
david.olsky@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant HSBC BANK USA, N.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUA NAN COMMERCIAL BANK, a foreign corporation; HUA NAN INVESTMENT TRUST CORPORATION, a foreign corporation; COSMOS BANK, a foreign corporation; ENTIE COMMERCIAL BANK, a foreign corporation; BANK SINOPAC, a foreign corporation; TAICHUNG COMMERCIAL BANK, a foreign corporation, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> vs. <br><br> HSBC BANK USA, N.A., a national bank association; | Case No. CV 10-8773-PSG (Ex) <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Judge:  Hon. Philip S. Gutierrez |

Defendants and )
Counterclaimants, )
)
and )
)
DAILY & KNUDSON LAW GROUP, LLP, )
a Nevada limited liability partnership; )
JAMES DAILY, an individual; WILLIAM )
H. KNUDSON, an individual; and DOES 1- )
10, )
)
Defendants. )
)
AND RELATED COUNTERCLAIMS )
)

_____

The parties to this action, having entered into a Settlement Agreement, hereby stipulate to the dismissal with prejudice of this action and all claims and counterclaims therein, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs, expenses, and attorneys' fees.

DATED:  November 23, 2011

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: _/s/ R. Alexander Pilmer_____
     Jeffrey S. Davidson
     R. Alexander Pilmer
     Christopher T. Casamassima
     Sasha Danna
     Nien-Ping Wang
     Jay Bhimani
     KIRKLAND & ELLIS LLP
     333 South Hope Street
     Los Angeles, CA 90071
     (213) 680-8400

*Attorneys for Plaintiffs and Counterclaim Defendants Hua Nan Commercial Bank Ltd., Hua Nan Investment Trust Corporation, Cosmos Bank, EnTie Commercial Bank, Bank SinoPac, and Taichung Commercial Bank*

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _/s/ Peter J. Macdonald_____
     Randall R. Lee
     P. Patty Li
     Emily S. Churg
     WILMER CUTLER PICKERING
       HALE AND DORR LLP
     350 S. Grand Avenue, Suite 2100
     Los Angeles, CA 90071
     (213) 443-5300

     Peter J. Macdonald
     David F. Olsky
     WILMER CUTLER PICKERING
       HALE AND DORR LLP
     399 Park Avenue
     New York, NY 10022
     (212) 230-8800

*Attorneys for Defendant and Counterclaimant HSBC Bank USA, N.A.*

3