E-FILED: 11-29-2011

JS-6

| | |
|---|---|
| 1 | Jeffrey S. Davidson (SBN: 143633) |
| 2 | R. Alexander Pilmer (SBN: 166196)<br>Christopher T. Casamassima (SBN: 211280) |
| 3 | Sasha Danna (SBN: 244462)<br>Nien-Ping Wang (SBN: 261295) |
| 4 | Jay Bhimani (SBN: 267689)<br>**KIRKLAND & ELLIS LLP** |
| 5 | 333 South Hope Street<br>Los Angeles, California 90071 |
| 6 | Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |
| 7 | Attorneys for Plaintiffs |

| | | |
|---|---|---|
| 8 | Randall R. Lee (SBN: 152672)<br>randall.lee@wilmerhale.com | Peter J. Macdonald (admitted *pro hac vice*) |
| 9 | P. Patty Li (SBN: 266937)<br>patty.li@wilmerhale.com | peter.macdonald@wilmerhale.com<br>David Olsky (admitted *pro hac vice*) |
| 10 | Emily S. Churg (SBN 261334)<br>emily.churg@wilmerhale.com | david.olsky@wilmerhale.com<br>**WILMER CUTLER PICKERING** |
| 11 | **WILMER CUTLER PICKERING**<br>    **HALE AND DORR LLP** |    **HALE AND DORR LLP**<br>399 Park Avenue |
| 12 | 350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 | New York, NY 10022<br>Telephone: (212) 230-8800 |
| 13 | Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400 | Facsimile: (212) 230-8888 |
| 14 | | Attorneys for Defendant HSBC BANK USA, N.A. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 18 | HUA NAN COMMERCIAL BANK, a | ) Case No. CV 10-8773-PSG (Ex) |
| 19 | foreign corporation; HUA NAN<br>INVESTMENT TRUST CORPORATION, a | )<br>) **JOINT STIPULATION OF** |
| 20 | foreign corporation; COSMOS BANK, a | ) **VOLUNTARY DISMISSAL WITH** |
| 21 | foreign corporation; ENTIE COMMERCIAL<br>BANK, a foreign corporation; BANK | ) **PREJUDICE AND ORDER**<br>) |
| 22 | SINOPAC, a foreign corporation; | ) Judge: Hon. Philip S. Gutierrez |
| 23 | TAICHUNG COMMERCIAL BANK, a<br>foreign corporation, | ) |
| 24 | | ) |
| 25 | Plaintiffs and Counterclaim<br>Defendants, | ) |
| 26 | vs. | ) |
| 27 | HSBC BANK USA, N.A., a national bank | ) |
| 28 | association; | ) |

1

```
                    Defendants and              )
                    Counterclaimants,           )
                                                )
          and                                   )
                                                )
DAILY & KNUDSON LAW GROUP, LLP,                 )
a Nevada limited liability partnership;         )
JAMES DAILY, an individual; WILLIAM             )
H. KNUDSON, an individual; and DOES 1-          )
10,                                             )
                                                )
                    Defendants.                 )
                                                )
AND RELATED COUNTERCLAIMS                       )
                                                )
```

The parties to this action, having entered into a Settlement Agreement, hereby stipulate to the dismissal with prejudice of this action and all claims and counterclaims therein, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs, expenses, and attorneys' fees.

DATED: November 23, 2011

|  |  |
|---|---|
|  | Respectfully submitted, |
| KIRKLAND & ELLIS LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| By: /s/ R. Alexander Pilmer | By: /s/ Peter J. Macdonald |
| Jeffrey S. Davidson<br>R. Alexander Pilmer<br>Christopher T. Casamassima<br>Sasha Danna<br>Nien-Ping Wang<br>Jay Bhimani<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>(213) 680-8400 | Randall R. Lee<br>P. Patty Li<br>Emily S. Churg<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>(213) 443-5300<br><br>Peter J. Macdonald<br>David F. Olsky<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 |
| *Attorneys for Plaintiffs and Counterclaim Defendants Hua Nan Commercial Bank Ltd., Hua Nan Investment Trust Corporation, Cosmos Bank, EnTie Commercial Bank, Bank SinoPac, and Taichung Commercial Bank* | *Attorneys for Defendant and Counterclaimant HSBC Bank USA, N.A.* |

DATED: November 29, 2011

**IT IS SO ORDERED.**

[signature]

**U.S. DISTRICT JUDGE**